79 F.3d 1521
 Sarah LOVELL, a Minor, By and Through Her Guardian Ad Litem,
Gregory C. Lovell; Gregory C. Lovell, Plaintiffs-Appellees,
v.
POWAY UNIFIED SCHOOL DISTRICT; Scott Fisher, in His
Official Capacity; Mary Heath, in Her Official
Capacity, Defendants-Appellants.
Sarah LOVELL, a Minor, By and Through Her Guardian Ad Litem,
Gregory C. Lovell; Gregory C. Lovell, Plaintiffs-Appellants,
v.
POWAY UNIFIED SCHOOL DISTRICT; Scott Fisher, in His
Official Capacity; Mary Heath, in Her Official
Capacity, Defendants-Appellees.
 Nos. 94-55715, 94-55717.
 United States Court of Appeals,
Ninth Circuit.
 June 7, 1996.
 
 1
 Before: HALL and NOONAN, Circuit Judges, and PRO,* District Judge.
 
 ORDER
 
 2
 The opinion filed on March 29, 1996, 79 F.3d 1510 (9th Cir.1996), is hereby WITHDRAWN.
 
 
 
 *
 The Honorable Philip M. Pro, United States District Judge for the District of Nevada, sitting by designation